1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
9                                      AT TACOMA

10

11     ANTOLIN ANDREW MARKS,
                                                 Case No.  C06-5696RBL-KLS
12                    Plaintiff,
                                                 ORDER TO SHOW CAUSE
13            v.

14     UNITED STATES OF AMERICA, *et al*,

15                    Defendants.

16

17

18

19          This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28

20     U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Plaintiff is currently being detained at the federal Northwest

21     Detention Center, located in Tacoma, Washingtion.  This matter comes before the Court on plaintiff's

22     filing of an application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.

23     To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper

24     application to proceed *in forma pauperis*.

25          On November 30, 2006, the Clerk received plaintiff's complaint. (Dkt. #1).  On December 5, 2006,

26     the Clerk sent plaintiff a letter informing him that he must either pay the court filing fee or submit a proper

27     application to proceed *in forma pauperis* by January 4, 2007, or this matter could be subject to dismissal.

28     (Dkt. #2).  On December 12, 2006, plaintiff submitted an application to proceed *in forma pauperis*. (Dkt.

ORDER
Page - 1

1   #4).  That application, however, remains deficient.

2   Specifically, the "Account Activity Ledger" plaintiff submitted, showing his account balances at the

3   Northwest Detention Center, is for an individual named Wayne Rudder, which is different from the name

4   plaintiff uses for himself in the caption of his complaint.  Thus, while plaintiff indicates in his complaint that

5   Wayne Rudder is an alias, he has provided no evidence that he and Wayne Rudder are actually the same

6   person.  As such, the Court has no way of ensuring whether plaintiff is entitled to *in forma pauperis* status.

7

8   Accordingly, the Court orders the following:

9   (1)     Plaintiff shall seek to cure the above deficiency by filing **no later than January 21, 2007**,

10          either an account statement from the Northwest Detention Center for him in the person of

11          Antolin Andrew Marks, or written proof or other documentation that he is the same person

12          as Wayne Rudder.

13          **Failure to cure this deficiency by the above date shall be deemed a failure to properly**

14          **prosecute this matter and the Court will recommend dismissal of this matter.**

15  (2)     The Clerk is directed to send a copy of this Order to plaintiff.

16  DATED this 21st day of December, 2006.

17

18

19          Karen L. Strombom
            United States Magistrate Judge
20

21

22

23

24

25

26

27

28

ORDER
Page - 2