1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ANTOLIN ANDREW MARKS, | Case No. C06-5696RBL-KLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| UNITED STATES OF AMERICA, *et al*, | |
| Defendants. | |

   Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. #3, #4 and #6) is GRANTED. Plaintiff currently is being detained at the Northwest Detention Center, located in Tacoma, Washington. He currently is proceeding *pro se* in this matter, and does not appear to have funds available to afford the $350.00 filing fee.

   The Clerk is directed to mail a copy of this Order to plaintiff.

   DATED this 26th day of January, 2007.

                              Karen L. Strombom
                              United States Magistrate Judge

ORDER
Page - 1