UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREWS MARKS,

    Plaintiff,

    v.

UNITED STATES OF AMERICA, *et al*,

    Defendants.

Case No. C06-5696RBL-KLS

ORDER DENYING SERVICE OF COMPLAINT BY UNITED STATES MARSHALS

    This matter comes before the court on plaintiff's filing of a complaint alleging a violation of his federal constitutional rights. (Dkt. #1). Plaintiff has been granted *in forma pauperis* status in this case. See Order Granting Application to Proceed *In Forma Pauperis*, dated the same date herewith. Because plaintiff has not provided the Court with a sufficient number of forms for service or copies of the complaint for service, however, the Court will not order service of the complaint at this time. Specifically, plaintiff has not provided any service form for defendant G. Wigen.

    The Clerk is directed to send **one (1)** service form to plaintiff for him to fill out for defendant G. Wigen and return to the Court so that the Court can attempt service by mail of all named defendants. The

ORDER
Page - 1

1 | service form for defendant G. Wigen must be returned on or before **February 26, 2007**, or the Court will
2 | recommend dismissal for failure to prosecute.
3 |     The Clerk is directed to send a copy of this Order to plaintiff.
4 |     DATED this 26th day of January, 2007.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2