UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREWS MARKS,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al*,

    Defendants.

Case No.  C06-5696RBL-KLS

ORDER REGARDING SERVICE OF COMPLAINT

    This matter comes before the court on plaintiff's filing of a civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. #8). Plaintiff has been granted *in forma pauperis* status in this case. (Dkt. #7). On February 14, 2007, the Court ordered service of the complaint by the United States Marshals Service. (Dkt. #12). A review of the record, however, reveals that plaintiff has not provided the Court with a sufficient number of forms for service or copies of the complaint to properly complete service.

    Specifically, plaintiff has not provided a service form or copy of the complaint for defendant Michael Melendez. In addition, it appears defendant Melendez may be an official or employee of the United States, and the caption of the complaint indicates plaintiff may have intended to make the United States of America a party to this action as well. As such, service forms and copies of the complaint for service on the United States attorney for the Western District of Washington, or designee or civil process clerk thereof, and on the Attorney General of the United States are required. See Federal Rule of Civil Procedure 4(i).

ORDER
Page - 1

Accordingly, the Clerk is directed to send **three (3)** service forms to plaintiff for him to fill out and return to the Court so that the Court can attempt service by mail on defendant Melendez, the United States attorney for the Western District of Washington, and the Attorney General of the United States. Plaintiff also must provide **three (3)** copies of the complaint. Both the service forms and copies of the complaint must be returned on or before **June 30, 2007**, or the Court will recommend dismissal for failure to prosecute.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 30th day of May, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2