1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
9                                        AT TACOMA

10   VINCENT DANIEL HOPPER AKA
     ANTOLIN ANDREW MARKS,

11                   Plaintiff,

12                                                              Case No. C05-5680RBL

           v.
13
     JOHN DOE MYERS, *et al.*,
14
                     Defendants.
15

16   ANTOLIN ANDREW MARKS,

17                   Plaintiff,
                                                               Case No. C06-5675RBL
18         v

19   JOHN DOE ALBIN, *et al.,*

20                   Defendants,

21
     ANTOLIN ANDREW MARKS,
22
                     Plaintiff,
23
           v.                                                  Case No. C07-5696RBL
24
     UNITED STATES OF AMERICA *et al.*,
25
                     Defendant,
26

27

28   ORDER - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANTOLIN ANDREW MARKS,

        Plaintiff,

      v.

CHARLES Mc BURNEY *et al*.,

        Defendants

ANTOLIN ANDREW MARKS,

        Plaintiff.

      v.

DEENA GEPHARDT, *et al.,*

        Defendants,

ANTOLIN ANDREW MARKS,

        Plaintiff,

      v.

GARY GARMAN *et al.,*

        Defendants,

ANTOLIN ANDREW MARKS,

        Plaintiff,

      v.

UNITED STATES OF AMERICA,

        Defendant,

Case No. C07-5007RBL

Case No. C07-5259RJB

Case No. C07-5282FDB

Case No. C07-5371RBL

ORDER - 2

1

2   ANTOLIN ANDREW MARKS,

3            Plaintiff,

4       v.                                              Case No. C07-5372RBL

5   JACK BENNETT *et al.*,

            Defendants,
6

7
    ANTOLIN ANDREW MARKS,
8
             Plaintiff,
9                                                       Case No.  C07-5383RBL
        v.
10
    UNITED STATES OF AMERICA *et al.*,
11
             Defendants,
12

13
    ANTOLIN ANDREW MARKS,
14
             Plaintiff,
15
        v.
16                                                      Case No.  C07-5395RBL
    UNITED STATES OF AMERICA *et al.*,
17

18

19                                                      ORDER TRANSFERRING THESE
                                                        CASE NUMBERS TO
20                                                      MAGISTRATE JUDGE ARNOLD
                                                        AND SEALING ALL FILINGS
21                                                      FROM PLAINTIFF UNTIL THE
                                                        DOCUMENT IS UNSEALED BY
22                                                      THE COURT

23
            These actions, brought pursuant to 42 U.S.C. 1983.  They have been referred to Magistrate
24
    Judges pursuant to Title 28 U.S.C. § 636(b)(1)(B). In August of 2007, plaintiff began filing
25
    documents which contain thinly veiled threats and disclosed security issues at the Northwest
26
    Detention Center.  To prevent improper disclosure of information and to insure there is no repeat of
27

28  ORDER - 3

1   Mr. Marks conduct, with the authority of Chief Judge Robert S. Lasnik, the court now ORDERS:

2      1.    All of Mr. Marks cases will be referred or transferred to Magistrate judge Arnold for

3          all matters referred to a Magistrate Judge.

4      2.    All future filings in any federal action filed by Mr. Marks will be referred to the

5          Tacoma Clerks Office Prisoner Correspondence Clerk.

6      3.    The Clerk is directed to file all pleadings and materials submitted by Mr. Marks in

7          pending or future cases, under seal until such time as they have been reviewed by the

8          court to insure they do not contain improper statements or information that threatens

9          any person or facility.

10      3.    Mr. Marks is ordered to conform his conduct to the rules of civil litigation and he is

11          warned that any further misconduct on his part will result in sanctions.  Sanctions may

12          include monetary penalties, the dismissal of actions, and ultimately an order barring

13          Mr. Marks from filing future actions.

14

15     Dated this 31st day of August, 2007.

16

17                         */S/ J. Kelley Arnold*
                        United States Magistrate Judge

18                         J. Kelley Arnold

19

20

21

22

23

24

25

26

27

28   ORDER - 4