UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS

Plaintiff,

v.

UNITED STATES OF AMERICA *et al*.,

Defendants

Case No. C06-5696RBL/JKA

ORDER GRANTING SUBSTITUTION OF COUNSEL

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is a motion to substitute Joan K. Mell and Miller Quinlan & Auter, P.S. Inc. as counsel for defendants in this action who were formerly represented by Kenneth J. Diamond and Winterbauer & Diamond, PLLC. The motion is unopposed and is **GRANTED.**

The Clerk is directed to send a copy of this Order to plaintiff and counsel and to remove Kenneth J. Diamond and Winterbauer & Diamond as counsel.

DATED this 10 day of September 2007.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER