UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

          Plaintiff,

v.

UNITED STATES OF AMERICA et al.,

          Defendants.

Case No.  C06-5696RBL

REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR DEFAULT

**NOTED FOR:**

**DECEMBER 7, 2007**

    This Bivens action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Before the court is plaintiff's motion /notice of default (Dkt. # 44).  Defendants have answered the complaint and filed a counter claim and are not in default at this time (Dkt # 45).  Accordingly, the motion should be **DENIED**.

## FACTS

    This action was commenced on November 30, 2006, when plaintiff filed a proposed complaint (Dkt. # 1).  On February 14, 2007, the court ordered service (Dkt # 11).  Over the next several months, counsel appeared on behalf of defendants but no answer was filed.  On November 6, 2007, plaintiff moved for default and on November 9, 2007, an answer and counter claim were filed (Dkt # 44 and 45).

ORDER
Page - 1

## DISCUSSION

As defendants have filed an answer, they are not in default at this time. Default judgments are disfavored by the law and cases should be decided on their merits except in extreme cases. Mendoza v. Wight Vineyard Management, 783 F.2d 941, 945-46 (9th Cir. 1986). The motion for default should be **DENIED**. Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **December 7, 2007**, as noted in the caption.

DATED this 15 day of November, 2007.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge