UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

CASE NO. C06-5696BHS

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

This matter comes before the Court on the Report and Recommendation of Magistrate Judge J. Kelley Arnold (Dkt. 47) recommending denial of Plaintiff's Motion for Entry of Default Judgment (Dkt. 44). The Court has considered the motion, the Report and Recommendation, and Plaintiff's failure to file objections thereto, and it is hereby

**ORDERED** that the Court **ADOPTS** the Report and Recommendation of Magistrate Judge J. Kelley Arnold (Dkt. 47) and **DENIES** Plaintiff's Motion for Entry of Default Judgment (Dkt. 44).

DATED this 12th day of December, 2007.

BENJAMIN H. SETTLE
United States District Judge

ORDER