UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA *et al.*,<br><br>    Defendants. | Case No.  C06-5696BHS<br><br>ORDER |

This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.  The case has recently been reassigned to the Honorable Judge Settle.

Mr. Marks now litigates under a sanction as a result of improper filings.  As part of that sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has filed three documents since entry of the last order (Dkt. # 58, 59, and 63). Dkt. # 58 is a "renewed" motion for rehearing on the issue of the federal defendants being dismissed from this action.  This motion was heard, (Dkt. # 62), but the document was not unsealed.  **Dkt. # 58 is now UNSEALED.**  Dkt. # 59 is Mr. Marks opposition to an order entering sanctions against him.  The court heard his motion and reversed the

ORDER
Page - 1

sanctions order but the document remained sealed.  **Dkt. # 59 is now Unsealed.**

Dkt. # 63 is a response to defendants motion to dismiss**. Dkt. # 63 is now unsealed**.

The clerk's office is directed to send copies of this order to plaintiff and counsel for defendants.

DATED this 21 day of December, 2007.

                                                                     /S/ *J. Kelley Arnold*
                                                                     J. Kelley Arnold
                                                                     United States Magistrate