UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS

    Plaintiff,

  v.

UNITED STATES OF AMERICA *et al.*,

    Defendants

Case No. C06-5696BHS/JKA

ORDER

    This Civil Rights/Bivens/ Federal Tort action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's motion to strike defendant's answer and enter default against defendants (Dkt # 53).

    Plaintiff has previously moved for default (Dkt. # 44). While that motion was pending the default was cured by the filing of an answer (Dkt # 45) A Report and Recommendation to deny default was entered (Dkt. # 47). Without waiting for the District Court Judge to enter a ruling on that Report and Recommendation, plaintiff filed this motion (Dkt. # 53).

    On December 12, 2007, the District Court Judge assigned to this case adopted the Report and Recommendation and denied plaintiff's motion for default (Dkt # 63). Thus, plaintiff's attempt

ORDER

1 to have default entered in this case has been considered and denied.  This motion is also **DENIED.**

2      The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants and

3 to remove Dkt. # 53 from the courts' calendar.

DATED this 9 day of January, 2008.

                                                               */S/ J. Kelley Arnold*
                                                               J. Kelley Arnold
                                                               United States Magistrate Judge

28 ORDER